**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

JASON JAMES                                                                                    PLAINTIFF

v.                                          3:14CV00122-DPM-JTK

BRETT DUNCAN, et al.                                                                 DEFENDANTS

## ORDER

On July 11, 2014, a copy of the June 30, 2014 Order which was mailed to Plaintiff at his last-known address, was returned to Sender (Doc. No. 5).

Pursuant to Local Rule 5.5(c)(2), a pro se plaintiff must promptly notify the Clerk of the Court and other parties of any change in his address, and must monitor the progress of the case and prosecute it diligently. Furthermore, the Local Rule provides for the dismissal without prejudice of any action in which communication from the Court to a pro se plaintiff is not responded to within thirty days. Although Plaintiff has apparently changed his address, this Order will be sent to his last-known address. Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff shall notify this Court of his current address and his intent to continue prosecution with this action, pro se, within thirty days of the date of this Order. Failure to comply with this Order shall result in the dismissal without prejudice of Plaintiff's Complaint for failure to prosecute.

IT IS SO ORDERED this 30th day of July, 2014.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

1