# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**JASON JAMES**                                                                                              **PLAINTIFF**

v.                                     **3:14-cv-122-DPM-JTK**

**BRETT DUNCAN**, Jail Administrator, Craighead
County Detention Center; **MARTY BOYD**,
Sheriff, Craighead County                                                              **DEFENDANTS**

## ORDER

James has not responded to the Court's 30 July 2014 Order, № 8, asking him to update his address and indicate his intent to continue with the prosecution of this case. James's complaint is therefore dismissed without prejudice for failure to prosecute. Local Rule 5.5(c)(2).

So ordered.

*/s/ D.P. Marshall Jr.*
D. P. Marshall Jr.
United States District Judge

7 November 2014