IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JASON JAMES                                                                    PLAINTIFF

v.                              3:14-cv-122-DPM

BRETT DUNCAN, Jail Administrator, Craighead
County Detention Center; MARTY BOYD,
Sheriff, Craighead County                                              DEFENDANTS

## JUDGMENT

James's complaint is dismissed without prejudice.

*D. P. Marshall Jr.*
D. P. Marshall Jr.
United States District Judge

7 November 2014